**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No.: 1:20-CR-00078 (CKK) |
| ) | |
| ABDUL AHAD QURASHI, ) | |
| ) | |
| Defendant. ) | |

### GOVERNMENT'S MEMORANDUM ON ADVISORY SENTENCING GUIDELINES

The United States, by and through its undersigned attorneys, submits this memorandum on the advisory sentencing guidelines to aid the Court during the plea hearing set for May 4, 2020.

Defendant is charged with conspiring to commit offenses against the United States, that is, major fraud against the United States, in violation of 18 U.S.C. § 1031(a), and wire fraud, in violation of 18 U.S.C. § 1343, together in violation of 18 U.S.C. § 371.

The parties did not agree in the plea agreement on the advisory guidelines calculation. However, in the plea agreement in a related case, *United States v. Kenneth O. Coates*, case no. 20-cr-64, the government advised the defendant that the loss to the United States from the same scheme may be greater than $9,500,000, but not more than $25,000,000, although the agreement did not require defendant to accept that number. Considering the above information, the maximum advisory guidelines calculation in this case is below.

The Information count is covered under USSG § 2B1.1. The calculation under that Section is as follows:

| | | |
|---|---|---|
| § 2B1.1(a)(2) | Base Offense Level | 6 |
| § 2B1.1(b)(1)(K) | Loss of more than $9,500,000, but not more than $25,000,000 | 20 |
| § 3E1.1(a)&(b) | Acceptance of responsibility | - 3 |

Total offense level                                                                                           23

Under a criminal history category of I and an offense level of 23, the USSG advisory sentencing guidelines range is 51-63 months. The applicable fine level range is $20,000 to $200,000.

The maximum penalty for a violation of 18 U.S.C. § 371 is five years' imprisonment and a fine of $250,000.

                                              Respectfully submitted,

                                              Robert A. Zink
                                              Chief, Fraud Section
                                              Criminal Division
                                              United States Department of Justice

By:    /s/ *Michael P. McCarthy*
                _____
                Michael P. McCarthy, D.C. Bar #1020231
                Daniel P. Butler, D.C. Bar #417718
                Trial Attorneys, Fraud Section
                Criminal Division
                United States Department of Justice
                1400 New York Avenue, NW
                Bond Building, Fourth Floor
                Washington, D.C. 20530
                202) 305-3995 (McCarthy)
                Michael.McCarthy2@usdoj.gov
                (202) 307-2184 (Butler)
                Daniel.Butler2@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that copies of the foregoing Memorandum on Advisory Sentencing Guidelines have been served via ECF upon counsel for the defendant this 29th day of April, 2020.

                        /s/ *Michael P. McCarthy*
                        _____
                        Michael P. McCarthy
                        Daniel P Butler
                        Trial Attorneys, Fraud Section
                        Criminal Division
                        United States Department of Justice