UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | CRIMINAL NO. 20-cr-00078-CKK |
| ) | |
| ABDUL AHAD QURASHI, ) | |
| ) | |
| Defendant. ) | |

## STATUS REPORT

The United States of America, by and through its undersigned counsel, submits this status report and respectfully submits that the above captioned matter may be set for sentencing. A proposed order is included with this report and motion. In support, the government states the following:

1. On May 4, 2020, Defendant pleaded guilty to a one-count information charging him with violating 18 U.S.C. 371 and has been cooperating with the government's investigation since then.

2. Four additional individuals have also pleaded guilty in this District in Related Cases: 18-cr-360 (Abdul Aman), 20-cr-64 (Kenneth O. Coates), 20-cr-89 (Mustafa Neghat), and 20-cr-97 (David Shah). Defendant Aman was sentenced in 2019; defendants Coates, Neghat, and Shah have not been sentenced.

3. On April 21, 2021, a federal grand jury in the Eastern District of Virginia returned an eleven-count indictment charging six individuals with one count of conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349 and ten counts of wire fraud in violation of 18 U.S.C. § 1343 for their involvement in the same scheme to which Defendant and the defendants in the Related Cases pleaded guilty. *See United States v. Mezhgan Anwari et al.,* 1:21-cr-00085-LMB (E.D. Va.).

4. On June 23, 2021, the court in the Eastern District of Virginia dismissed the indictment for pre-indictment delay. *See* Order, *United States v. Mezhgan Anwari et al.*, No. 1:21-cr-00085-LMB (E.D. Va. June 23, 2021). The government elected not to appeal.

5. The government's investigation has concluded, and the government respectfully submits that the above-captioned matter may be set for sentencing.

> Respectfully submitted,
>
> JOSEPH BEEMSTERBOER
> Acting Chief, Fraud Section
> Illinois Bar # 6280961
> Criminal Division
> United States Department of Justice
>
> By:   /s/*Matt Kahn*
> _____
> Michael P. McCarthy, D.C. Bar #1020231
> Matthew Kahn, FL Bar #72032
> Trial Attorneys, Fraud Section
> Criminal Division
> United States Department of Justice
> 1400 New York Avenue, N.W.
> Bond Building, Fourth Floor
> Washington, D.C. 20530
> (202) 305-3995 (McCarthy)
> (202) 305-1648 (Kahn)
> Michael.McCarthy2@usdoj.gov
> Matthew.Kahn2@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Status Report and Motion has been served via ECF notice upon counsel for the defendant this 13th day of October 2021.

/s/*Matt Kahn*
_____
Matthew Kahn
Trial Attorney, Fraud Section
Criminal Division
United States Department of Justice